UNITED STATES of America,
Plaintiff—Appellee,

v.

Robert Steven MCINTEE, Defendant—
Appellant.

No. 03–30145.

D.C. No. CR–02–00009–DWN–01.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 8, 2003.*

Decided Sept. 18, 2003.

Paulette L. Stewart, Office of the U.S. Attorney, Helena, MT, for Plaintiff–Appellee.

Milton Datsopoulos, Datsopoulos, MacDonald & Lind, P.C., Missoula, MT, for Defendant–Appellant.

Before PREGERSON, THOMAS, and PAEZ, Circuit Judges.

MEMORANDUM**

Robert Steven McIntee appeals the sentence imposed following his guilty plea to one count of conspiracy to distribute a controlled substance (21 U.S.C. §§ 841(b)(1)(A) and 846) and forfeiture (21 U.S.C. § 853).

McIntee contends that the district court violated the terms of his proffer agreement and U.S.S.G. § 1B1.8 by considering and relying on information obtained pursuant to McIntee's cooperation with the government. McIntee specifically contends that the district court used this information in applying a firearm enhancement under U.S.S.G. § 2D1.1, in not departing further downward under U.S.S.G. § 5K1.1, and in imposing a sentence at the high end of the applicable guideline range.

McIntee's contention regarding the firearm enhancement is incorrect. Although the district court disregarded a (non-binding) recommendation in the plea agreement against application of the firearm enhancement, the factual basis for the enhancement was a gun discovered by agents during a search of McIntee's residence, not information provided by McIntee in debriefing. To the extent that the district court considered covered information in not departing further downward or in imposing a sentence at the high end of the guideline range, such consideration did not violate either the proffer agreement or § 1B1.8, both of which only prohibit use of the information in the determination of the applicable guideline range. Neither the proffer agreement nor § 1B1.8 prohibits use of the information in imposing a sentence within the applicable guideline range or in determining the extent of any downward departure. The sentence is therefore

**AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.